IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JEFFERY M. McMAHON,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:14-cv-51 (MTT) (CHW) |
| | : | |
| **AHMED HOLT,** *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |
| _____ | : | |

## RECOMMENDATION TO DISMISS

Plaintiff Jeffery M. McMahon has filed a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). Plaintiff, however, has failed to diligently prosecute this action, and it is therefore **RECOMMENDED** that this action be **DISMISSED**.

On May 6, 2014, the Defendants filed a Motion to Dismiss. (Doc. 20). On May 7, the Court Ordered and Directed Plaintiff, who is proceeding *pro se*, to file a written response on or before May 28. (Doc. 22). As Plaintiff filed no response, the Court, on June 5, Ordered and Directed Plaintiff to show cause on or before June 26 as to why his case should not be dismissed for failure to prosecute in accordance with both Rule 41(b) of the Federal Rules of Civil Procedure, and also with the Court's prior instructions. (Doc. 9, p. 4; Doc. 23).

As Plaintiff has failed to respond, in writing, to the Defendants' Motion to Dismiss, and has failed to show cause as to why his case should not be dismissed for failure to prosecute, it is hereby **RECOMMENDED** that Plaintiff's pending motion for injunctive relief be **DENIED**, (Doc. 6), and that this action be **DISMISSED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this Recommendation with the District Judge to whom this case is assigned WITHIN FOURTEEN (14) DAYS after being served with a copy thereof.

Though it may prove to be an exercise in futility, the Clerk is directed to serve Plaintiff at the last address provided by him.

**SO RECOMMENDED**, this 8th day of July, 2014.

                                                  s/ Charles H. Weigle
                                                  Charles H. Weigle
                                                  United States Magistrate Judge