IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFFERY M. McMAHON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:14-CV-51(MTT) |
| ) | |
| AHMED HOLT, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle.  (Doc. 25).  The Magistrate Judge recommends dismissing the Plaintiff's case for failure to prosecute because the Plaintiff did not respond to the Defendants' motion to dismiss or the Court's show cause order.  The Plaintiff did not file an objection to the Recommendation.[1]

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is adopted and made the order of this Court.  Accordingly, the Plaintiff's complaint is **DISMISSED without prejudice**, and the Plaintiff's motion for preliminary injunction (Doc. 6) and the Defendants' motion to dismiss (Doc. 20) are **DENIED as moot**.

---

[1] The Plaintiff filed a letter with the Court on July 10, 2014 regarding the denial of medical treatment during sick call on June 23 or 24, 2014 which purports to add an Eighth Amendment claim for deliberate indifference to serious medical needs to his complaint.  (Doc. 26).  This is not the appropriate procedure for amending the complaint.  Further, the letter is not responsive to the Defendant's motion to dismiss, the Court's show cause order, or the Recommendation.

**SO ORDERED,** this 12th day of August, 2014.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
